UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-80023-CR-Marra/Matthewman

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

UNITED STATES OF AMERICA

vs.

KENNETH LEE CHASTINE, JR., a/k/a "Gucci," "Fatz,"
KENNETH TODD EDWARDS, a/k/a "Dread,"
JUDANE ANTJUAN BARBER,
JOSHUA EUGENE CHRISTIE, a/k/a "Martin County,"
DAMIAN DANIEL REMY, JR.,
MAURICE PATRICK POOLE,
JONATHAN LOZANO, a/k/a "Kali," and
ANGELO RICARDO ECKERT, a/k/a "Fat Rick,"

　　　　　　　　　Defendants.
_____/

FILED BY KJZ

Feb 2, 2017

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. West Palm Beach

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From a date unknown to the Grand Jury, but at least as early as July 2015, continuing to and including January 2017, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

KENNETH LEE CHASTINE, JR., a/k/a "Gucci," "Fatz,"
KENNETH TODD EDWARDS, a/k/a "Dread,"
JUDANE ANTJUAN BARBER,
JOSHUA EUGENE CHRISTIE, a/k/a "Martin County,"
and
DAMIAN DANIEL REMY, JR.,

did knowingly and willfully combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to defendant **KENNETH LEE CHASTINE, JR., a/k/a "Gucci," "Fatz,"** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 280 grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to defendants **JUDANE ANTJUAN BARBER, JOSHUA EUGENE CHRISTIE, a/k/a "Martin County," and DAMIAN DANIEL REMY, JR.,** the amount involved in the conspiracy attributable to each defendant as a result of each defendant's own conduct, and the conduct of other conspirators reasonably foreseeable to each defendant, is 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

With respect to defendant **KENNETH TODD EDWARDS, a/k/a "Dread,"** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT TWO

From a date unknown to the Grand Jury, but at least as early as July 2015, continuing to and including January 2017, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**KENNETH LEE CHASTINE, JR., a/k/a "Gucci," "Fatz,"
KENNETH TODD EDWARDS, a/k/a "Dread,"
MAURICE PATRICK POOLE,
JONATHAN LAZANO, a/k/a "Kali,"
and
ANGELO RICARDO ECKERT, a/k/a "Fat Rick,"**

did knowingly and willfully combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to defendants **KENNETH LEE CHASTINE, JR., a/k/a "Gucci," "Fatz," KENNETH TODD EDWARDS, a/k/a "Dread," MAURICE PATRCIK POOLE, and JONATHAN LAZANO, a/k/a "Kali,"** the amount involved in the conspiracy attributable to each defendant as a result of each defendant's own conduct, and the conduct of other conspirators reasonably foreseeable to each defendant, is 100 grams or more of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(B).

With respect to defendant **ANGELO RICARDO ECKERT, a/k/a "Fat Rick,"** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(C).

3

## COUNT THREE

On or about May 2, 2016, in Palm Beach and Martin Counties, in the Southern District of Florida, and elsewhere, the defendant,

**JOSHUA EUGENE CHRISTIE, a/k/a "Martin County,"**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine.

## COUNT FOUR

On or about June 6, 2016, in Palm Beach County, in the Southern District of Florida, the defendants,

**KENNETH LEE CHASTINE, JR., a/k/a "Gucci," "Fatz,"
and
KENNETH TODD EDWARDS, a/k/a "Dread,"**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of heroin.

## COUNT FIVE

On or about June 6, 2016, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**KENNETH LEE CHASTINE, JR., a/k/a "Gucci," "Fatz,"
and
KENNETH TODD EDWARDS, a/k/a "Dread,"**

4

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine.

## **FORFEITURE**

Upon conviction of any of the violations alleged in Counts One through Five of this Indictment, the defendants, **KENNETH LEE CHASTINE, JR., a/k/a "Gucci," "Fatz," KENNETH TODD EDWARDS, a/k/a "Dread," JUDANE ANTJUAN BARBER, JOSHUA EUGENE CHRISTIE, a/k/a "Martin County," DAMIAN DANIEL REMY, JR., MAURICE PATRICK POOLE, JONATHAN LAZANO, a/k/a "Kali," and ANGELO RICARDO ECKERT, a/k/a "Fat Rick,"** shall forfeit to the United States any and all property constituting or derived from any proceeds which the defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit or facilitate the commission of such violations.

Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| KENNETH LEE CHASTINE, JR., et al., | |
| Defendants. _____/ | **Superseding Case Information:** |

**Court Division:** (Select One)

___ Miami    ___ Key West    New Defendant(s)        Yes ___    No ___
___ FTL    _X_ WPB    ___ FTP    Number of New Defendants    ___
                Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect    _____

4. This case will take __10__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to  5 days    ___           Petty    ___
   II   6 to 10 days    _X_           Minor    ___
   III  11 to 20 days   ___           Misdem.  ___
   IV   21 to 60 days   ___           Felony   _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes:
   Magistrate Case No.    _____
   Related Miscellaneous numbers:    _____
   Defendant(s) in federal custody as of    _____
   Defendant(s) in state custody as of    _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes    _X_ No

                                            _____
                                            RINKU TRIBUIANI
                                            ASSISTANT UNITED STATES ATTORNEY
                                            Florida Bar No. 0150990

\*Penalty Sheet(s) attached                                            REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO._____

**Defendant's Name:**   KENNETH LEE CHASTINE, JR., a/k/a "Gucci," "Fatz"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute 280 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846<br>21:841(a)(1) | 10 years – life<br>SR: 5 years up to life<br>10 million fine<br>$100 special assessment |
| 2 | Conspiracy to possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin | 21:846<br>21:841(a)(1) | 5 years – 40 years<br>SR: 4 years up to life<br>5 million fine<br>$100 special assessment |
| 4 | Possession with intent to distribute a mixture and substance containing a detectable amount of heroin | 21:841(a)(1) | 20 years<br>SR: 3 years up to life<br>$ 1 million fine<br>$100 special assessment |
| 5 | Possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base | 21:841(a)(1) | 20 years<br>SR: 3 years up to life<br>$ 1 million fine<br>$100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

CASE NO._____

Defendant's Name:    KENNETH TODD EDWARDS, a/k/a "Dread"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base | 21:846 21:841(a)(1) | 20 years SR: 3 years up to life $ 1 million fine $100 special assessment |
| 2 | Conspiracy to possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin | 21:846 21:841(a)(1) | 5 years – 40 years SR: 4 years up to life $ 5 million fine $100 special assessment |
| 4 | Possession with intent to distribute a mixture and substance containing a detectable amount of heroin | 21:841(a)(1) | 20 years SR: 3 years up to life $ 1 million fine $100 special assessment |
| 5 | Possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base | 21:841(a)(1) | 20 years SR: 3 years up to life $ 1 million fine $100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO._____

**Defendant's Name:**   JUDANE ANTJUAN BARBER

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846<br>21:841(a)(1) | 5 years – 40 years<br>SR: 4 years up to life<br>$ 5 million fine<br>$100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO._____

**Defendant's Name:**     JOSHUA EUGENE CHRISTIE a/k/a "Martin County"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846<br>21:841(a)(1) | 5 years – 40 years<br>SR: 4 years up to life<br>$ 5 million fine<br>$100 special assessment |
| 3 | Possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base | 21:841(a)(1) | 20 years<br>SR: 3 years up to life<br>$ 1 million fine<br>$100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO._____

**Defendant's Name:**   DAMIAN DANIEL REMY, JR.

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base | 21:846<br>21:841(a)(1) | 5 years – 40 years<br>SR: 4 years up to life<br>$ 5 million fine<br>$100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

CASE NO._____

Defendant's Name:   MAURICE PATRICK POOLE

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 2 | Conspiracy to possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin | 21:846<br>21:841(a)(1) | 5 years – 40 years<br>SR: 4 years up to life<br>$ 5 million fine<br>$100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO._____

**Defendant's Name:**   JONATHAN LOZANO, a/k/a "Kali"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 2 | Conspiracy to possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin | 21:846<br>21:841(a)(1) | 5 years – 40 years<br>SR: 4 years up to life<br>$ 5 million fine<br>$100 special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

CASE NO._____

**Defendant's Name:**   ANGELO RICARDO ECKERT, a/k/a "Fat Rick"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 2 | Conspiracy to possess with intent to distribute a mixture and substance containing a detectable amount of heroin | 21:846<br>21:841(a)(1) | 20 years<br>SR: 3 years up to life<br>$ 1 million fine<br>$100 special assessment |